JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ADRIAN JUAN LLOYD, <br><br> Petitioner, <br><br> v. <br><br> C. PFEIFFER, Warden, <br><br> Respondent. | Case No. CV 21-09235-JLS (AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: July 19, 2022

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE